# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
MUKENSCHNABL, JUDITH IRENE § Case No. 11-11710
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
MUKENSCHNABL, JUDITH IRENE § Case No. 11-11710
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 55,230.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 55,230.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 6,011.50 | $ 0.00 | $ 6,011.50 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 3,080.00 | $ 0.00 | $ 3,080.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |

Total to be paid for chapter 7 administrative expenses   $   9,341.50
Remaining Balance   $   45,888.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,980.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 13,071.01 | $ 0.00 | $ 13,044.97 |
| 3 | Chase Bank USA, N.A. | $ 21,346.28 | $ 0.00 | $ 21,303.75 |
| 4 | Capital One, N.A. | $ 2,058.12 | $ 0.00 | $ 2,054.02 |
| 5 | American Express Bank, FSB | $ 1,008.74 | $ 0.00 | $ 1,006.73 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 2,272.35 | $ 0.00 | $ 2,267.83 |
| 10 | GE Money Bank | $ 6,223.60 | $ 0.00 | $ 6,211.20 |

Total to be paid to timely general unsecured creditors       $       45,888.50
Remaining Balance                                             $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-11710-DRC
Judith Irene Mukenschnabl                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal              Page 1 of 3                  Date Rcvd: Jan 07, 2013
                              Form ID: pdf006             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2013.
```
db         +Judith Irene Mukenschnabl,    4026 Elm Street,    Downers Grove, IL 60515-2110
16990455    AT&T Midwest,    P.O. Box 6463,    Carol Stream, IL   60197-6463
16990454    American Express,    Attn: Bankruptcy Dept.,     P.O. Box 981535,    El Paso, TX   79998-1535
17582797    American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16990456   +Bank of America,    Attn: Bankruptcy Dept.,     P.O. Box 26012,    Greensboro, NC 27420-6012
16990457    Bank of America Home Loans,     Attn: Bankruptcy Dept.,    P.O. Box 21848,
             Greensboro, NC   27420-1848
16990458   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One Bank,     Attn: Bankruptcy Dept.,    P.O. Box 5155,
             Norcross, GA   30091)
16990459    CBCS,   P.O. Box 163250,    Columbus, OH   43216-3250
17471043   +Capital One, N.A.,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374-0933
16990460    Chase Bank,    Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE   19850-5298
17428200    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16990462   +Citi Cards,    Attn: Bankruptcy Dept.,    P.O. Box 20507,    Kansas City, MO 64195-0507
16990463   +Citi/Sears,    Attn: Bankruptcy Dept.,    P.O. Box 20507,    Kansas City, MO 64195-0507
16990464   +D&M Graphics Systems, Inc.,     416 Main Street, 16th Floor,    Peoria, IL 61602-1190
16990466   +Donald Mukenschnabl,    4026 Elm Street,    Downers Grove, IL 60515-2110
16990467    Firstsource Advantage, LLC,     205 Bryant Woods South,    Amherst, NY   14228-3609
16990470   +Martin Publishing Co., Inc.,     P.O. Box 380,    Havana, IL 62644-0380
16990452   +Mukenschnabl Judith Irene,     4026 Elm Street,    Downers Grove, IL 60515-2110
16990471   +Scott Jensen,    101 N. Wacker Drive, Suite 101,     Chicago, IL 60606-1714
16990472   +Timothy Rathbun,    Attorney at Law,    3260 Executive Drive,    Joliet, IL 60431-2822
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17415818      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 08 2013 04:08:01      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK   73124-8839
16990461     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 08 2013 01:57:34      Chase Bank/Kohl’s,
               Attn: Bankruptcy Dept.,    P.O. Box 3120,    Milwaukee, WI 53201-3120
17371818      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2013 02:05:28      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
16990465     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2013 02:05:28      Discover Financial Services,
               Attn: Bankruptcy Dept.,    P.O. Box 6103,    Carol Stream, IL 60197-6103
17720340      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 08 2013 04:11:17
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
17729403      E-mail/PDF: rmscedi@recoverycorp.com Jan 08 2013 02:08:49      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16990468      E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2013 02:06:31      GE Money Bank/JC Penney,
               Attn: Bankruptcy Dept.,    P.O. Box 103126,    Roswell, GA   30076
16990469     +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2013 02:04:22      GE Money Bank/Walmart,
               Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
16990453     +E-mail/Text: mhedayat@mha-law.com Jan 08 2013 03:31:49      M Hedayat & Associates PC,
               1211 Lakeview Court,    Romeoville, IL 60446-6501
17661989     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 08 2013 01:55:55
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17661987     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 08 2013 01:55:54
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer, Brown, Covey, Gaertner & Davis, LLC
aty          Thomas E. Springer
                                                                                   TOTALS: 2, * 0, ## 0
```
Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: corrinal           Page 2 of 3            Date Rcvd: Jan 07, 2013
                              Form ID: pdf006          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2013**              **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 3 of 3                   Date Rcvd: Jan 07, 2013
                              Form ID: pdf006             Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2013 at the address(es) listed below:

```
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              David R Brown, ESQ    on behalf of Plaintiff David R Brown dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              Mazyar M Hedayat    on behalf of Defendant Donald  Mukenschnabl mhedayat@mha-law.com,
               esummers@mha-law.com;aflood@mha-law.com;tgiblin@mha-law.com;g1250@notify.cincompass.com
              Mazyar M Hedayat    on behalf of Debtor Judith Irene Mukenschnabl mhedayat@mha-law.com,
               esummers@mha-law.com;aflood@mha-law.com;tgiblin@mha-law.com;g1250@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott E Jensen    on behalf of Creditor   BANK OF AMERICA, N.A. sjensen@mjwchicago.com
              Thomas E Springer    on behalf of Trustee David R Brown, ESQ tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 7
```