# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                      §
                                            §
JUDITH IRENE MUKENSCHNABL       §         Case No. 11-11710
                                            §
          Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on        .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans Attn: Bankruptcy Dept. P.O. Box 21848 Greensboro, NC 27420-1848 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans Attn: Bankruptcy Dept. P.O. Box 21848 Greensboro, NC 27420-1848 | | | | | |
| | Martin Publishing Co., Inc. P.O. Box 380 Havana, IL 62644 | | | | | |
| | Scott Jensen 101 N. Wacker Drive, Suite 101 Chicago, IL 60606 | | | | | |
| | Timothy Rathbun Attorney at Law 3260 Executive Drive Joliet, IL  60431 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| U. S. BANKRUPTCY COURT CLERK | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Attn: Bankruptcy Dept. P.O. Box 981535 El Paso, TX  79998-1535 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Midwest P.O. Box 6463 Carol Stream, IL  60197-6463 | | | | | |
| | Bank of America Attn: Bankruptcy Dept. P.O. Box 26012 Greensboro, NC  27410 | | | | | |
| | Capital One Bank Attn: Bankruptcy Dept. P.O. Box 5155 Norcross, GA  30091 | | | | | |
| | CBCS P.O. Box 163250 Columbus, OH  43216-3250 | | | | | |
| | Chase Bank Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | Chase Bank Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | Chase Bank/Kohl's Attn: Bankruptcy Dept. P.O. Box 3120 Milwaukee, WI  53201-3043 | | | | | |
| | Citi Cards Attn: Bankruptcy Dept. P.O. Box 20507 Kansas City, MO  64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi/Sears Attn: Bankruptcy Dept. P.O. Box 20507 Kansas City, MO  64195 | | | | | |
| | Citi/Sears Attn: Bankruptcy Dept. P.O. Box 20507 Kansas City, MO  64195 | | | | | |
| | Discover Financial Services Attn: Bankruptcy Dept. P.O. Box 6103 Carol Stream, IL 60197 | | | | | |
| | Firstsource Advantage, LLC 205 Bryant Woods South Amherst, NY  14228-3609 | | | | | |
| | GE Money Bank/JC Penney Attn: Bankruptcy Dept. P.O. Box 103126 Roswell, GA 30076 | | | | | |
| | GE Money Bank/Walmart Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | | | | |
| 4 | CAPITAL ONE, N. A. | | | | | |
| 1 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | FSB AMERICAN EXPRESS BANK | | | | | |
| 10 | GE MONEY BANK | | | | | |
| 3 | N. A. CHASE BANK USA | | | | | |
| 6 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-11710 | DRC | Judge: | Donald R Cassling | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|---|
| Case Name: | JUDITH IRENE MUKENSCHNABL | | | | | Date Filed (f) or Converted (c): | 03/21/2011 (f) |
| | | | | | | 341(a) Meeting Date: | 05/17/2011 |
| For Period Ending: | 09/23/2013 | | | | | Claims Bar Date: | 09/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Commercial property located at 31W331 Schoger Driv | 800,000.00 | 57,442.45 | | 0.00 | FA |
| 2.  Single-family residence located at 4026 Elm Street | 303,424.00 | 288,424.00 | | 55,230.00 | FA |
| 3.  Cash on hand Location: In debtor's possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 4.  Chase Bank Checking Account #******7403 Location: | 750.00 | 0.00 | | 0.00 | FA |
| 5.  Household furnishings, appliances, provisions and | 150.00 | 0.00 | | 0.00 | FA |
| 6.  Debtor's wearing apparel Location: In debtor's pos | 500.00 | 0.00 | | 0.00 | FA |
| 7.  Misc. jewelry Location: In debtor's possession | 500.00 | 250.00 | | 0.00 | FA |
| 8.  1951 Ford Victoria (poor condition) Location: In d | 5,000.00 | 4,700.00 | | 0.00 | FA |
| 9.  1953 Studebaker (body only) Location: In debtor's | 5,000.00 | 4,700.00 | | 0.00 | FA |
| 10.  1962 Chevrolet Impala Location: In debtor's posses | 7,500.00 | 6,950.00 | | 0.00 | FA |
| 11.  1995 Chevrolet 2500 Truck (poor condition) Locatio | 1,000.00 | 800.00 | | 0.00 | FA |
| 12.  1999 Cadillac Eldorado Location: In debtor's posse | 3,525.00 | 1,500.00 | | 0.00 | FA |
| 13.  2000 Cadillac DeVille Location: In debtor's posses | 2,375.00 | 1,500.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $1,130,724.00        $366,266.45        $55,230.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

adversary pending as to sale of real estate free and clear of interests of co-owner.

Initial Projected Date of Final Report (TFR): 12/15/2012        Current Projected Date of Final Report (TFR): 12/15/2012

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: 11-11710 | | Trustee Name: DAVID R. BROWN | |
| Case Name: JUDITH IRENE MUKENSCHNABL | | Bank Name: Congressional Bank | |
| | | Account Number/CD#: XXXXXX5882 | |
| | | | Checking Account |
| Taxpayer ID No: XX-XXX5898 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/23/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/21/12 | 2 | MUKENSCHNABL, JUDITH | | 1110-000 | $55,230.00 | | $55,230.00 |
| 01/15/13 | 101 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROADSUITE 330WHEATON, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | $6,011.50 | $49,218.50 |
| 01/15/13 | 102 | CLERK, U.S. BANKRUPTCY COURT 7th Floor, Federal Building219 South Dearborn StreetChicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | $250.00 | $48,968.50 |
| 01/15/13 | 103 | SPRINGER, BROWN & DAVIS, LLC400 South County Farm RoadSuite 330Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | $3,080.00 | $45,888.50 |
| 01/15/13 | 104 | DISCOVER BANK  DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 1, Payment 99.80078% | 7100-900 | | $13,044.97 | $32,843.53 |
| 01/15/13 | 105 | GE MONEY BANK  c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 10, Payment 99.80076% | 7100-900 | | $6,211.20 | $26,632.33 |
| 01/15/13 | 106 | CHASE BANK USA, N.A.  PO Box 15145 Wilmington, DE 19850-5145 | Claim 3, Payment 99.80076% | 7100-900 | | $21,303.75 | $5,328.58 |
| 01/15/13 | 107 | CAPITAL ONE, N.A.  c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 4, Payment 99.80079% | 7100-900 | | $2,054.02 | $3,274.56 |
| 01/15/13 | 108 | AMERICAN EXPRESS BANK, FSB  c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 5, Payment 99.80074% | 7100-900 | | $1,006.73 | $2,267.83 |

Page Subtotals:                                    $55,230.00        $52,962.17

Case 11-11710   Doc 62   Filed 09/23/13   Entered 09/23/13 14:00:04   Desc Main
Document   Page 11 of 12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-11710 | Trustee Name: DAVID R. BROWN |
| Case Name: JUDITH IRENE MUKENSCHNABL | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX5882 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5898 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/23/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/13 | 109 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br><br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 6, Payment 99.80109% | 7100-900 | | $2,267.83 | $0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $55,230.00 | $55,230.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $55,230.00 | $55,230.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $55,230.00 | $55,230.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,267.83 |

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5882 - Checking Account | $55,230.00 | $55,230.00 | $0.00 |
| | $55,230.00 | $55,230.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $55,230.00 |
| Total Gross Receipts: | $55,230.00 |

Page Subtotals:                    $0.00              $0.00